Your Honor,

My name is Stormi Castillo. I'm a 36-year-old student at the University of Phoenix and a fraud analyst at Apple. I'm writing this letter for Nicole DeVilbiss. While I understand the severity of this unfortunate situation and it's a hard situation to wrap my mind around, I ask that we give Nicole another chance. It's hard to believe that my friend who I've known for over 20 years is involved in this because she is such a wonderful human being.

I met Nicole when I was around 14 years old, and since that day, we have never lost touch. I was a bridesmaid in her wedding, taken trips with her and her father, and even my family befriended her and her children. She's always been a sweet, kind, giving, beautiful human being. Nicole is such a light to be around. I've never seen her do any wrong. She's given me her last and vice versa. I'd do anything to help her get out of this mess and stay in the right path. She deserves a chance and she deserves to be with her baby/ babies. They need her! She's such a beautiful parent. Nicole is loving, caring, selfless and the list continues. She has a wonderful father who I still talk to very often and a great mother. A great support system!

Regardless of the upcoming challenges that she will face, I have the confidence that she will come out of this a better Nicole than before. There isn't a doubt in my mind that she will change her life 100%, and be the best version of herself and start the path of healing.

I hope that you consider all the testimony that you read before the court. Thank you.

Best regards,
Stormi Castillo

# Dear Honorable Judge Wendy W. Berger,

My Name is Cindy Rohm, I am Nicole's mother. I work for Baptist Hospital as a patient access representative. I have been with Baptist for 5 years. I am a member of Sacred Heart Church, where I volunteer teaching catechism classes.

Nicole and I have a good relationship. When she was younger, she always had friends over to study, for dinner, and sleep overs. Nicole was always a very friendly and outgoing girl.  When I happen to run into any of them, they still call me mom. Nicole participated in cheerleading, and she did well in school. Nicole has always been a very friendly and outgoing girl.  She has always been very helpful to me and her friends.  Nicole worked as a caregiver for two girls Alexander and Katherine, both had muscular dystrophy and were wheelchair bound. Nicole loves animals and was always coming home with stray cats and kittens, which we always wound-up adopting. When Nicole lived in San Antonio, she volunteered for an organization called Primarily Primates. Nicole took care of monkeys who had been mistreated. She loves animals, which was one of the reasons I was so shocked when this happened.

Nicole moved to San Antonio in 2012 to spend time with her dad and his side of the family. During that time, Nicole and her husband divorced, and she became involved in a relationship, and they eventually got engaged. The relationship turned into an abusive one.  Nicole suffered from a number of injuries, one of which due to the severity of the injury, Nicole had to have surgery.

Nicole eventually left the relationship and San Antonio and returned Jacksonville in 2019. She began working at Baptist hospital.   Nicole began dating someone she had known since middle school.  This relationship also turned into an abusive one. I had no idea this was going on. but she never told me.

Nicole never told me about the abuse, she later told me that she felt like it was her fault and if she could do things right it would stop. She said she felt like a failure.  After one serious incident in which the police became involved Nicole left the relationship. Nicole became very withdrawn, and she was suffering from anxiety.  She was no longer talking to her friends and had no social interactions with any friends. He was calling Nicole and threatening her, and Nicole was afraid if she went out, she might run into him.  Nicole eventually left her job and was always at home.

Your Honor, Nicole has never displayed any violent behavior toward any person or animal. She is a loving and caring mother to her children. They love and miss her and need her very much. Nicole needs professional help not punishment. She has been in jail for 8 months. Her children need her, her family needs her home.  We want to help Nicole get professional help.  We want to help and support Nicole to get her life back and return to the friendly and loving kind person we all know that she is. I will support 100% along with the rest of the family.

Your Honor, I ask that you allow Nicole to come home and get the help she needs.  Allow her to return to her children who need her very much.

David W. Rohm

Plano, Texas, 75024

May 30, 2024

Honorable Judge Wendy W. Berger
c/o Viani Ledbetter
Federal Defenders Office
200 W. Forsyth Street, Suite 1240
Jacksonville, Florida 32202

**Subject: Nicole DeVilbiss**

Dear Honorable Judge Wendy W. Berger,

My name is David Rohm and Nicole DeVilbiss is my niece. I am a CPA and I operate a small practice in Plano, Texas. My wife, Janie, and I have been married for 42 years and we have a 32-year-old son and a 30-year-old daughter. Janie and I met in Jacksonville, Florida where we lived until I was relocated to Texas in 1999.

We were shocked to learn of Nicole's arrest and absolutely stunned to learn of the allegations, as it doesn't reflect who we know her to be. We have fond memories of Nicole when she was young. She was a very sweet and thoughtful child. She always treated our daughter like a little sister and was very protective of her, especially when her male cousins played a little rough. Nicole showed signs of maturity as a young girl when she was around our children, as she was always watchful and nurturing over them.

We lost touch with Nicole for a time when we moved to Texas. We saw her again when she came to visit us around 2017. She was very respectful and well-mannered during her brief stay. Unfortunately, we didn't have the opportunity to spend more time with her as an adult.

The arrest and the allegations have been very difficult for Nicole. She has been separated from her children and from her grandmother, to whom she is very close. Because the allegations are so far removed from who she is as a person, she is likely dealing with a tremendous amount of shame and embarrassment. These consequences are likely enough to shake a reasonable person into taking responsibility for their actions and doing what is right to atone for past mistakes.

Every person who has ever lived, without exception, has made dumb mistakes in their young lives - some dumber than others. However, when that mistake is a one-time incident that doesn't reflect who they are or who they become later in life, it cries out for mercy and an opportunity to learn from their mistake and grow as a person.

Janie and I strongly feel that this is the case with Nicole, and we certainly do not feel that she is a danger to the public. We respectfully request that you consider leniency in deciding Nicole's case to give her a lifeline to pull herself up.

Thank you for allowing Janie and I an opportunity to provide some additional background on Nicole, we very much appreciate your time. Should you need any additional information, please let us know.

Respectfully,

*[signatures]*

David and Janie Rohm

## Letter for Nicole Devilbis

ron batley <​███████████████​>
Sat 6/8/2024 1:48 PM

To:viani_ledbetter@fd.org <viani_ledbetter@fd.org>

I'm Nicole's Step Dad. I was shocked when Homeland Security showed up at my door with twelve agents and even more shocked as I
Found out why they were there. It blew me away as the day and days went on that they were there for Nicole and the reason they were
There. Nicole has been with me at least 15 years and the reason they were accusing her of was not the person I knew.
Not only had she pampered every pet we ever had she also helped anyone who had any issues with their pets.
I was aware she had been in a couple of abusive relationships but never saw the difference in her when it came to our pets.
I've had my cat now for 20 plus years and she has always shown it love and kindness. This is definitely partially my fault for not noticing she was having issues. I take full responsibility for all of her actions as I should have known she was having issues. This is
Not the Nicole I knew and was not the Nicole that she showed me on a daily basis. Nicole has completely changed for the better
And come forward in the time she has spent in confinement going on 8 months now. I and her mother will give her a place to stay
And help her find work if allowed by the court to do so. I am available to discuss any and everything the court desires and will adjust my
Schedule to do so.

904-█████████
████████████████

*Ron Wayne Batley*